JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT RAY THOMAS JR., ) | Case No. CV 13-1977-SP |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| KELLY HARRINGTON, ) Director, ) | |
| Respondent. ) | |

    Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 9, 2015

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE